UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA DROZD and MICHAEL DROZD, wife and husband, | : <br> :CIVIL ACTION NO. 3:13-CV-2523 <br> : |
| Plaintiffs, | :(JUDGE CONABOY) <br> : |
| v. | : <br> : |
| JOHN M. PADRON, d/b/a ATLANTIC MOTOR TEAM, and THOMAS VARIALE, | : <br> : <br> : |
| Defendants. | : <br> : |

___

### **ORDER**

AND NOW, THIS 11th OF FEBRUARY 2014, FOR THE REASONS DISCUSSED IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS HEREBY ORDERED THAT the Motion of Defendants to Dismiss Claims of Recklessness, Wantonness, Willfulness and for Punitive Damages from Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 7) is DENIED.

                                              S/Richard P. Conaboy
                                              RICHARD P. CONABOY
                                              United States District Judge